IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

| | |
|---|---|
| WANDA BINION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. BANK, N.A., as Trustee for | ) |
| New Century Home Equity Loan Trust, | ) |
| Series 2002-A, Asset Backed Pass Through | ) |
| Certificates 2002-A, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:15-CV-160-C |

## ORDER

Plaintiff, Wanda Binion, brought this case against Defendant, U.S. Bank, N.A., as Trustee for New Century Home Equity Loan Trust, Series 2002-A, Asset Backed Pass Through Certificates 2002-A, on August 31, 2015, following the dismissal of her claims against the same Defendant by the 42nd Judicial District Court of Taylor County, Texas. The case was referred to the United States Magistrate Judge for, among other things, report and recommendation of all dispositive motions. The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court,

Defendant's Motion to Dismiss is **GRANTED**, Plaintiff's pending motions are **DENIED**, and the above-styled and -numbered cause is hereby **DISMISSED with prejudice**.

Dated this 27th day of June, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE